Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Avery Asphalt, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | 21-10799 |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&E Tire Inc. 5355 Harrison St. Denver, CO 80216 | | Services | | | | $10,954.97 |
| Avista Services, LLC PO Box 29580 Thornton, CO 80229 | | Services | | | | $56,850.00 |
| Bestteam Striping LLC 1880 Carrol Ct Thornton, CO 80229-7601 | | Services | | | | $6,887.35 |
| Caterpillar Financial Services 2120 West End Ave Nashville, TN 37203 | | Vendor | | | | $12,257.80 |
| Colorado Dept of Labor 633 17th St #201 Denver, CO 80202 | | | | | | $15,865.34 |
| Hi-Plains Leasing, Inc. 5395 Newport St Commerce City, CO 80022 | | Vendor | | | | $6,065.00 |
| Inland Truck Parts & Service 5555 Joliet St Ste 150 Denver, CO 80239 | | Vendor | | | | $4,653.73 |
| JPMorgan Chase Bank, N.A. 1111 Polaris Parkway Columbus, OH 43240 | | | | | | $10,733.62 |

Debtor  **Avery Asphalt, Inc.**  
Name

Case number *(if known)*  **21-10799**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JT English Site Services<br>615 N. Benson Ave., M<br>Upland, CA 91786 | | Vendor | | | | $8,336.25 |
| KKTV/Gray Media Group<br>520 E. Colorado<br>Colorado Springs, CO 80903 | | Services | | | | $10,253.32 |
| M.A. Concrete Construction, Inc.<br>2323 River Road<br>Grand Junction, CO 81505 | | Vendor | | | | $8,500.00 |
| Ortega & Sons Construction & Concrete<br>611 Primrose Ave SW<br>Los Lunas, NM 87031 | | Vendor | | | | $13,137.00 |
| Power Equipment<br>500 E 62nd Ave<br>Denver, CO 80216 | | Vendor | | | | $4,446.20 |
| Raising Cane's Chicken Fingers<br>6800 Bishop Rd.<br>Plano, TX 75024 | | Vendor | | | | $4,470.83 |
| Rifle Equipment Inc.<br>1605 Airport Road<br>Rifle, CO 81650 | | Vendor | | | | $6,408.31 |
| Saint Jude Trucking LLC<br>4967 Eureka Ct<br>Denver, CO 80239 | | Services | | | | $6,072.50 |
| Seal Master<br>4851 Forest St<br>Denver, CO 80022 | | Vendor | | | | $88,063.87 |
| Sherwin Williams<br>101 Prospect Avenue East<br>Cleveland, OH 44115-1069 | | Materials | | | | $6,331.88 |
| Shoco Oil Inc.<br>Sam Hill Oil Inc.<br>5135 E 74th Ave<br>Commerce City, CO 80022 | | Vendor | | | | $5,659.79 |

| Debtor | Avery Asphalt, Inc. | | Case number *(if known)* | 21-10799 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sunstate Equipment Co.**<br>**5552 E. Washington**<br>**Phoenix, AZ 85034** | | **Vendor** | | | | $4,438.20 |